## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 1:22-cv-174-SA-DAS**

**FELECIA ASHFORD**                                                     **DEFENDANT**

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Felecia Ashford. Based on the certified financial information provided by Defendant, and in recognition of her cooperation with the United States' investigation, the parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Felecia Ashford in the sum of $99,488.03. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Felecia Ashford agrees that the sum owed, $99,488.03 plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Felecia Ashford pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt

shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Felecia Ashford will be credited to her outstanding debt.

    This case is CLOSED.

IT IS SO ORDERED this the 14th day of March, 2023.

                                          /s/ Sharion Aycock
                                          UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

/s/ Stuart S. Davis

Stuart S. Davis (MSB #103224)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: stuart.davis@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

/s/ Felecia Ashford

Felecia Ashford – *Pro se* Defendant

                                      Clay Joyner
                                      United States Attorney

                                  By:    Stuart S. Davis (MSB #103224)
                                             Assistant United States Attorney
                                             900 Jefferson Avenue
                                             Oxford, Mississippi 38655-3608
                                             t: 662.234.3351
                                             e: stuart.davis@usdoj.gov